Supreme Court, Tompkins Special Term, July 6, 1897. Unreported.

In re JAMES H. COLE for a Writ of Mandamus against CHARLES INGERSOLL as County Treasurer, to compel the issuance of a liquor tax certificate.

J. and T. E. Courtney, for relators.

M. N. Tompkins, for respondents.

SMITH, J.: At the threshold of this proceeding the relator is met with the objection that his proper remedy for the grievance of which he complains is certiorari. This objection, I think, is well made. The statute is explicit in its terms and provides. therein for a mode of review.

· That mode, I think, was intended to be and is exclusive. The above proceedings, therefore, must be dismissed with ten dollars costs in each case.